**Liberty Insurance Corporation**
Boston, Massachusetts
LibertyGuard® Deluxe
Homeowners Policy Declaration

## A summary of your homeowners insurance coverage

Thank you for insuring with us. Here is your renewal homeowners policy summary, which is effective as of 09/19/2012.

### INSURANCE INFORMATION

**Named Insured**
Jacqueline Wallace

**Policy Number**
H37-218-158274-40

**Mailing Address**
540 Beech St
Roslindale MA 02131-4940

**Policy Period**
09/19/2012-09/19/2013 12:01AM
standard time at the address of the
Named Insured at Insured Location.

**Insured Location**
Same as Mailing address above

### QUESTIONS ABOUT YOUR POLICY?

**By phone**
1-617-527-2048
1-888-372-5548

**Liberty Mutual Office**
1320 Centre St Ste 301
Newton MA 02459

**Sales Representative**
Maureen McCue

**To report a claim**
**By phone**
1-800-225-2467
**Online**
LibertyMutual.com/Claims

### Premium Summary

| | |
|---|---|
| Standard Policy | $ 3,386.00 |
| Additional Coverages | $ 253.00 |
| Discounts and Benefits | $ (1,185.00) |
| **Total 12 Month Policy Premium** | **$ 2,454.00** |

Through your affiliation with the Simmons Alumnae Association your policy includes exclusive group savings on your home insurance.

**THIS IS NOT YOUR HOME INSURANCE BILL.**

### INSURANCE GLOSSARY
For definitions of insurance terms, please visit LibertyMutual.com/insurance-glossary.

## Coverage Information

### Standard Policy



Your policy includes HomeProtector Plus, which provides enhanced coverage in case of a loss. Please see your endorsement for details.

| Section I Coverages | LIMITS | PREMIUM |
|---|---|---|
| A. Dwelling with Expanded Replacement Cost | $ 208,900 | |
| B. Other Structures on Insured Location | $ 20,890 | |
| C. Personal Property with Replacement Cost | $ 156,680 | |
| D. Loss of Use of Insured Location | Actual Loss Sustained | |

| Section II Coverages | | |
|---|---|---|
| E. Personal Liability (each occurrence) | $ 500,000 | |
| F. Medical Payments to Others (each person) | $ 1,000 | |

**Policy Deductibles**

Losses covered under Section I are subject to a deductible of: $500

| | | |
|---|---|---|
| **Total Standard Policy** | | $ 3,386 |

### Additional Coverages

| | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Mold Buyback | $ | 10,000/ 50,000 | $ 0 |
| Credit Card, Fund Transfer, Forgery | $ | 1,000 | $ 0 |



## Coverage Information (continued)

### Additional Coverages (continued)

|  | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Identity Fraud Expense | $ 250 | $ 15,000 | $ 24 |
| Home Protector Plus |  |  | $ 203 |
| Coverage E increased limit |  |  | $ 26 |
| **Total Additional Coverages** |  |  | **$ 253** |

## Discounts and Benefits

Your discounts and benefits have been applied to your total policy premium.

|  | PREMIUM |
|---|---|
| • Insurance to Value Discount | $ (203) |
| • Inflation Protection Discount | $ (102) |
| • Multiple Policy Discount | $ (677) |
| • Group Savings Plus® (5% discount included in total policy premium) |  |
|    Simmons Alumnae Association |  |
| • Protective Device Discounts: | $ (203) |
|    Smoke/Heat Alarm-All Floors, Extinguishers and Dead Bolt Locks |  |
| **Total Discounts and Benefits** | **$ (1,185)** |



**HOME DISCOUNTS**
For more information on discounts, please visit LibertyMutual.com/home-discounts.

## Endorsements — Changes to Your Policy

- Home Protector Plus (FMHO-2144)
- Credit Card, Fund Transfer, Forgery (HO 04 53 04 91)
- Special Provisions (FMHO 3300 0811)
- Homeowner Amendatory Endorsement (FMHO 2510 0811)
- Mold Buyback (FMHO-2405 02/03)
- Amendatory NonRenewal (HO 05 23 07 97)
- Identity Fraud Expense (FMHO-2457 2/03)
- Protective Devices (HO 04 16 04 91)
- Amendatory - Collapse (FMHO 1089)
- Amendmt Pol Definitions (FMHO-2934 7/04)
- No SecII/Limit I-Daycare (HO 04 96 04 91)
- Inflation Protection (FMHO-2836)

## Mortgage Information

**Mortgagee 1:**
WELLS FARGO BANK NA 472
ISAOA ATIMA
LOAN NO. 1561184
PO Box 23000
Jacksonville, FL 32241-3000

## Important Messages

**Flood Insurance:** Your Homeowners policy **does not** provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.



LibertyGuard® Deluxe Homeowners Policy Declarations
Coverage provided and underwritten by Liberty Insurance Corporation, Boston MA.

*[signature]*  *[signature]*  *[signature]*

Dexter R. Legg
Secretary

David M. Long
President

This policy, including endorsements listed above, is countersigned by:

Stephen McAnena
Authorized Representative