UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
WALLACE, Jacqueline
SSN xxx xx 7798
                Debtor

Chapter 13
Case No. 13-11040-WCH

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

      Now comes Carolyn A Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Chapter 13 Plan, and as reasons therefore states as follows:

      1.    On February 27, 2013, the Debtor filed this Chapter 13 Case. On April 2, 2013, the Debtor appeared for a meeting of creditors and was sworn.

      2.    The Trustee has filed an objection to the claim of exemptions. If the objection to exemptions is sustained, the Debtor has additional non-exempt assets that must be made available to unsecured creditors.

      3.    Therefore, the Debtor's proposed Plan cannot be confirmed, as the Plan does not meet the best interest test of 11 U.S.C. §1325 (a)(4).

      WHEREFORE, the Trustee requests that the Court sustain her objection to confirmation of the Debtor's Chapter 13 Plan, and for such other relief as is proper.

      Dated: April 9, 2013

                                    Respectfully submitted,
                                    Carolyn Bankowski
                                    Standing Chapter 13 Trustee
                                    /s/ **Carolyn Bankowski**

                                    Carolyn Bankowski BBO# 631056
                                    Patricia A. Remer BBO# 639594
                                    Office of the Chapter 13 Trustee
                                    P.O. Box 8250
                                    Boston, MA 02114
                                    (617) 723-1313

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br>WALLACE, Jacqueline<br>SSN xxx xx 7798<br>　　　　　　　　　Debtors | Chapter 13<br>Case No. 13-11040-WCH |

### Certificate of Service

The undersigned hereby certifies that on April 9, 2013, a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid, or by electronic notice, on the debtor and debtor's counsel at the addresses set forth below.

Jacqueline Wallace
540 Beech Street
Roslindale, MA  02131

Angelina Bruce-Flounory
Law Office of Angelina A. Bruce-Flounory
P.O. Box 870120
Milton, MA  02187

> Respectfully submitted,
> Carolyn Bankowski
> Standing Chapter 13 Trustee
>
> /s/ **Carolyn Bankowski**
>
> Carolyn Bankowski BBO# 631056
> Patricia A. Remer BBO# 639594
> Office of the Chapter 13 Trustee
> P.O. Box 8250
> Boston, MA 02114
> (617) 723-1313